JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California
   Telephone: (415) 436-6401
   Facsimile: (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: **CR 08 - 0083 PJH** |
| Plaintiff, | |
| v. | |
| GUILLERMO ALEJANDRO ZARAGOZA,<br>   a.k.a. Moreno,<br>EDUARDO ZARAGOZA,<br>   a.k.a. Eduardo Zaragoza Ruiz,<br>   a.k.a. Lalo,<br>MANUEL CORONA CONTRERAS,<br>RICHARD ALDO PARODI,<br>   a.k.a Pelon,<br>MARTIN ESTRADA ZARAGOZA,<br>   a.k.a. Manuel Guiterrez Sanchez,<br>   a.k.a. Martin E. Zaragoza,<br>   a.k.a. Rafael Hernandez,<br>   a.k.a. Manuel Sanchez Zaragoza,<br>ROBERTO ZARAGOZA RUIZ,<br>LORENZO CARBAJAL,<br>DAVID BEJINES QUEZADA,<br>   a.k.a. David Bejinez Quesada,<br>   a.k.a. David Quesadabejines,<br>   a.k.a. Bucana,<br>DAVID BLAKE WELD,<br>JUAN ZARAGOZA,<br>   a.k.a. Juan Manuel Zaragoza,<br>MARTEL MURILLO VALENCIA,<br><br>(Continued) | UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANTS AND [PROPOSED] ORDER<br><br>**UNDER SEAL OF COURT** |

| | |
|---|---|
| 1 | ANGELICA MARIA RODRIGUEZ, )
| | a.k.a. Chilanga, )
| 2 | a.k.a. Angelica Kozina, )
| | PAUL ANTHONY KOZINA, and )
| 3 | IRMA CORONA, )
| | a.k.a. Irma Corona Contreras )
| 4 | )
| | Defendants. )
| 5 | |

The United States hereby moves the Court for an order sealing this Motion, the above-captioned Indictment, Arrest Warrants, and this Sealing Order until further order of the Court. The United States believes that disclosure of this Motion, Indictment, Arrest Warrants, and this Sealing Order may cause the subjects of the Indictment to flee, destroy evidence and/or make efforts to conceal on-going criminal activity, jeopardizing the progress of its on-going investigation and the arrest of the defendants. The United States further requests that a copy of the Indictment and Arrest Warrants be provided to agents of the Federal Bureau of Investigation, and any other federal, state or local officers assisting in this investigation so that the Arrest Warrants may be served at the appropriate time in the investigation.

Dated: February 19, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            NICOLE M. KIM
                                            Assistant United States Attorney

2

## ORDER TO SEAL INDICTMENT AND ARREST WARRANTS

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the Government's Motion, the Indictment, Arrest Warrants, and this Sealing Order shall be sealed until further order of the Court, except that a copy of the Indictment and Arrest Warrants shall be provided to agents of the Federal Bureau of Investigation, and any other federal, state or local officers assisting in this investigation for use in their investigation.

Dated: February 19, 2008

HON. MARIA-ELENA JAMES
United States Magistrate Judge