SETH P. CHAZIN (CSBN 133777)
Attorney at Law
1164 Solano Avenue, Suite 205
Albany, CA 94706
Telephone: (510) 558-9243
Facsimile: (510) 525-0087

Attorney for ANGELICA MARIA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | No. CR -08 -0083 PJH |
| Plaintiff, | |
| vs. | EX PARTE APPLICATION FOR AUTHORIZATION FOR APPOINTMENT OF COUNSEL |
| ANGELICA MARIA RODRIGUEZ, | |
| Defendant. | **EX PARTE PURSUANT TO CJA** **CJA CONFIDENTIAL FILE** |

TO: THE HONORABLE PHYLLIS J. HAMILTON:

Defendant, ANGELICA MARIA RODRIGUEZ, by and through her counsel, SETH P. CHAZIN, hereby makes an ex-parte application for an order authorizing the appointment of the defendant's counsel, Seth P. Chazin, to assist the defendant in forfeiture proceeding initiated by the Federal Bureau of Investigation on April 24, 2008.

This ex-parte Application is based on the attached Declaration of Counsel and on any and all contents of the files in these proceedings.

DATED: March 26, 2008

/s/
SETH P. CHAZIN
Attorney for Defendant

1

SETH P. CHAZIN (CSBN 133777)
Attorney at Law
1164 Solano Avenue, Suite 205
Albany, CA 94706
Telephone: (510) 558-9243
Facsimile: (510) 525-0087

Attorney for ANGELICA MARIA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| United States of America, | ) No. CR -08 -0083 PJH |
|---|---|
| Plaintiff, | ) |
| vs. | ) DECLARATION IN SUPPORT OF<br>) AUTHORIZATION FOR<br>) APPOINTMENT OF COUNSEL |
| ANGELICA MARIA RODRIGUEZ, | ) |
| Defendant. | ) |

I, **SETH P. CHAZIN**, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and in the Northern Federal District Court of California.

2. I represent defendant, ANGELICA MARIA RODRIGUEZ, in the above-captioned matter under appointment of this court.

3. The defendant in this matter was served with a notice of forfeiture in regards to $5,840 in U.S. currency on April 25, 2008, and I am informed that there is a valid defense to the claim for forfeiture.

2

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, except as to those matters based on information and belief, and as to those matters I believe them to be true.

Executed on May 8, 2008 in Albany, California.

                                        /s/
                              **SETH P. CHAZIN**
                              **Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA MARIA RODRIGUEZ,<br><br>Defendant. | No. CR-08-0083 PJH<br><br>ORDER FOR AUTHORIZATION FOR APPOINTMENT OF COUNSEL |

Upon application of the defendant, ANGELICA MARIA RODRIGUEZ, and GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the court authorizes the appointment of Seth P. Chazin to represent the defendant ANGELICA MARIA RODRIGUEZ in the forfeiture proceedings related to the instant case which were initiated by the Federal Bureau of Investigation by letter dated April 24, 2008.

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE