JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

    450 Golden Gate Ave.
San Francisco, California  94102
Telephone:  (415) 436-6401
Fax:  (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0083 PJH |
| | ) | |
| v. | ) | |
| | ) | |
| GUILLERMO ALEJANDRO ZARAGOZA, et al; | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
| ——————————————— | ) | |
| UNITED STATES OF AMERICA, | ) | No. CR 08-0143 PJH |
| | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| | ) | |
| FRANCISCO MORA ALVAREZ, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |
| ——————————————— | ) | |

     The parties appeared before the Court on May 21, 2008 at 1:30 p.m for a status

conference.  Defendant Guillermo Zaragoza appeared in custody with his attorney George

Speedy Trial Act Order
U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)
U.S. v. Francisco Mora Alvarez (08-0143 PJH)    1

1   Cotsirilos; defendant Manuel Corona appeared in custody with attorney Nina Wilder; defendant

2   Irma Corona appeared in custody with her attorney Garrick Lew; defendant Paul Kozina

3   appeared with his attorney Christy O'Connor; defendant David Quezada in custody appeared

4   with his attorney Steve Teich; defendant Angelica Rodriguez appeared in custody with her

5   attorney Seth Chazin; defendant Martel Valencia appeared in custody with attorney Steve Teich,

6   who appeared specially for attorney Robert Waggener; defendant Eduardo Zaragoza appeared in

7   custody with his attorney Claire Leary; defendant Martin Zaragoza appeared in custody with his

8   attorney Gail Shiffman; defendant Richard Parodi appeared in custody with attorney Doug

9   Rappaport; defendant Juan Zaragoza appeared with his attorney Roger Patton; and defendant

10  Lorenzo Carbajal appeared in custody with his attorney Ismail Ramsey.  Defendant David Weld

11  was not present and his appearance was waived by his attorney Brian Berson; defendant Roberto

12  Ruiz remains at-large; and defendant Francisco Mora Alvarez, in the related case 08-0143 PJH,

13  appeared with his attorney Haywood Gilliam.

14          At the May 21, 2008 status conference, the parties requested a continuance until July 23,

15  2008 at 1:00 p.m.  Discovery has been on-going since the commencement of this case.

16  Discovery has included, among other things, wiretap materials, including audio calls and line

17  sheets from the wire interceptions, surveillance videos and photographs, and search warrant

18  materials.  Counsel for the defense stated that they need additional time to review the discovery.

19  The parties agreed in open Court, with their attorney's concurrence, that the case should be

20  declared factually complex.  Accordingly, the parties agreed, that the entire period from May 21,

21  2008 through and including July 23, 2008 should be excluded from the otherwise applicable

22  Speedy Trial Act computation, because the factual complexity renders it unreasonable to expect

23  adequate and effective preparation for pretrial proceedings and for the trial within the otherwise

24  applicable time limits set forth in the Speedy Trial Act.

25          Based upon the above-described representations and the parties' agreement in open

26  Court, the Court FINDS THAT the ends of justice served by granting a continuance from the

27  inception of this case through and including July 23, 2008 outweigh the best interest of the public

28

1  and the defendants in a speedy trial, and that the case is so factually complex, due to the number

2  of defendants and the nature of the prosecution, that it is unreasonable to expect effective and

3  adequate preparation for pretrial proceedings and for the trial within the otherwise applicable

4  time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A)

5  and (B)(ii) and (iv).

6          Accordingly, the Court ORDERS THAT:

7          1.     This case is continued to July 23, 2008 at 1:00 p.m. for further status and for

8  possible setting of motions and trial dates.

9          2.     The period from May 21, 2008 through and including July 23, 2008 is

10  excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §

11  3161(h)(8)(A) and (B)(ii) and (iv).

14  Dated: May ___, 2008

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**          3