Nina Wilder
SBN 100474
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant,
MANUEL CORONA CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GUILLERMO ALEJANDRO ZARAGOZA, et al.,<br><br>  Defendants. | No. CR-08-0083 PJH<br><br>APPLICATION FOR ORDER PERMITTING DEFENDANT RODRIGUEZ TO USE MP3 TO REVIEW AUDIO DISCOVERY AT SANTA RITA JAIL |

The Court has previously authorized the use of MP3 players by male defendants housed at the Glenn Dyer Jail. Defendant Angelica Maria Rodriguez was not covered by the order as she is detained at the Santa Rita Jail.

Accordingly, for the reasons stated in defendants' earlier joint application, the Court is respectfully urged to authorize the use of an MP3 player by Angelica Maria Rodriguez.

Dated: June 5, 2008                                      Respectfully submitted,


                                                         /s/ Nina Wilder
                                                         NINA WILDER
                                                         Attorney for Defendant
                                                         Manuel Corona Contreras

SUPPL. APPLICATION FOR ORDER PERMITTING USE
OF MP3 PLAYERS (NO. CR-08-0083-PJH)                1

Nina Wilder
SBN 100474
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant,
MANUEL CORONA CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> GUILLERMO ALEJANDRO ZARAGOZA, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CR-08-0083 PJH <br><br> ORDER PERMITTING DEFENDANT RODRIGUEZ TO USE MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT SANTA RITA JAIL <br><br> [Proposed; Supplemental] |

TO: ALAMEDA COUNTY SHERIFF'S DEPARTMENT, SANTA RITA COUNTY FACILITY:

YOU ARE HEREBY DIRECTED to permit defendant Angelica Maria Rodriguez to use an approved MP3 player in order to review audio discovery at Santa Rita County Jail:

The MP3 player will be delivered to Inmate Services or to the defendant as directed by the facility's administration.

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

SUPPL. ORDER RE: JAIL MP3 PLAYERS
(CR-08-083 PJH)