UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANGELICA MARIA RODRIGUEZ,

    Defendants.

_____/

No. CR 08-0083 PJH

**ORDER**

On April 6, 2011, the court held a hearing on various issues related to the defendant's expert witnesses and ruled on the record as follows.

1. The government's request for disclosure of the defendants' experts' "raw data" in advance of trial is DENIED. The defendant represents that she will not utilize the "raw data" in her case-in-chief.

2. The court DENIES the government's motion to exclude testimony from Dr. Linda Barnard based on the defendant's excision of ALL facts from Dr. Barnard's final expert report. The defendant is ORDERED to re-submit the final report to the government and the court **no later than Thursday, April 7, 2011,** such that it includes the facts upon which Dr. Barnard bases her expert opinions. The parties are further **ORDERED** to appear at a hearing at **9:00 a.m. Friday, April 8, 2011,** at which time the government will be permitted to object to the facts contained in the Barnard report and the court will examine all of the facts and rule on their admissibility.

3. The defendant's motion to exclude the government's expert's testimony based on the fact that the defendant's examination will take place after April 11, 2011, as previously represented by the government in its April 4, 2011 proposed order for final examination is DENIED. The government represented that one of the examinations will take place now on April 15, 2011. The government will provide the defendant with its expert reports as soon as they are available.

4. The defendant's request that the examinations be conducted on separate days in the event the examinations exceed two hours is GRANTED.

5. As advised on the record, the parties are reminded that the court will be unavailable from Wednesday April 13 - Friday April 15, 2011. It is incumbent upon the parties that they raise and the court address any remaining pretrial issues at the hearing on Friday April 8, 2011.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge